IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHERRY ANN HEARD, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:17-cv-00052-O-BP |
| NANCY A BERRYHILL, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 12, 2018, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (an "FCR") in this case (ECF No. 17). The Magistrate Judge's FCR is now ripe for review. The undersigned District Judge has reviewed the FCR for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court. Accordingly, the Court **REVERSES** the Social Security Commissioner's decision and **REMANDS** this matter for further proceedings.

**SO ORDERED** on this **30th day** of **April, 2018**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE